```
FILED              RECEIVED
ENTERED            SERVED ON
         COUNSEL/PARTIES OF RECORD

         JUN 29 2022

      CLERK US DISTRICT COURT
         DISTRICT OF NEVADA
BY:_____ DEPUTY
```

1  CHRISTOPHER CHIOU
   Acting United States Attorney
2  Nevada Bar Number 14853
   MINA CHANG
3  Assistant United States Attorney
   501 Las Vegas Boulevard South, Suite 1100
4  Las Vegas, Nevada 89101
   Tel: 702.388.6336 / Fax: 702.388.6418
5  mina.chang@usdoj.gov
   *Attorneys for the United States*

6
                    UNITED STATES DISTRICT COURT
7                     FOR THE DISTRICT OF NEVADA

8  UNITED STATES OF AMERICA,           Case No. 2:22-cr-0092-JCM-EJY

9              Plaintiff,
                                       **CRIMINAL INFORMATION**
10       v.                            for violations of:

11 NANCY KAY SHEDLESKI,                18 U.S.C. § 641
                                       (Theft of Government Money);
12             Defendant.
                                       18 U.S.C. § 664
13                                     (Theft from Employment Benefit Plan);

14                                     18 U.S.C. § 1014
                                       (False Statement to a Bank)
15

16 THE UNITED STATES ATTORNEY CHARGES THAT:

17                            COUNT ONE
                         Theft of Government Money
18                           18 U.S.C. § 641

19       1.      Beginning on a date unknown and continuing through on or about December

20 2019, in the State and Federal District of Nevada,

21                           NANCY KAY SHEDLESKI,

22 defendant herein, willfully and knowingly did steal, purloin, and convert to her own use money

23 from the Social Security Administration, an agency of the United States, the value of which

24 exceeded, in the aggregate, $1,000, in the form of about $54,893 of Social Security retirement

benefits paid for the benefit of an individual with initials J.P.S., to which SHEDLESKI knew she was not entitled.

All in violation of Title 18, United States Code, Section 641.

## COUNT TWO
Theft from Employment Benefit Plan
(18 U.S.C. § 664)

2.  Beginning on a date unknown and continuing through on or about December 2019, in the State and Federal District of Nevada,

**NANCY KAY SHEDLESKI,**

defendant herein, willfully and knowingly did steal, purloin, and convert to her own use money from Pension Fund-1, an employee welfare benefit plan or employee pension benefit plan or a fund connected therewith, in the form of about $42,372 of retirement benefits paid for the benefit of an individual with initials J.P.S., to which SHEDLESKI knew she was not entitled.

All in violation of Title 18, United States Code, Section 664.

## COUNT THREE
False Statement to a Bank
(18 U.S.C. § 1014)

3.  On or about July 24, 2018, in the State and Federal District of Nevada,

**NANCY KAY SHEDLESKI,**

defendant herein, did knowingly make and cause to be made a false statement for the purpose of influencing the action of Bank-1, a federally insured institution, in connection with a credit card/

/ /

/ / /

/ / /

/ / /

/ / /

application, that J.P.S. was the applicant and had signed the application when in truth and in fact, as SHEDLESKI knew, J.P.S. was not the actual applicant and did not sign the application.

All in violation of Title 18, United States Code, Section 1014.

DATED this 5th day of April, 2022.

                                                CHRISTOPHER CHIOU
                                                Acting United States Attorney

                                                */s/ Mina Chang*
                                                MINA CHANG
                                                Assistant United States Attorney