RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
LARONDA MARTIN
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
LaRonda_Martin@fd.org

Attorney for Nancy Kay Shedleski

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:22-CR-0092-JCM-EJY |
| Plaintiff, | **STIPULATION TO CONTINUE SENTENCING HEARING** |
| v. | (First Request) |
| NANCY KAY SHEDLESKI, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Mina Chang, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and LaRonda Martin, Assistant Federal Public Defender, counsel for Nancy Kay Shedleski, that the Sentencing Hearing currently scheduled on October 28, 2022, be vacated and continued to a date and time convenient to the Court, but no sooner than ninety (90) days.

This Stipulation is entered into for the following reasons:

1. Defense counsel needs additional time to prepare mitigation in support of the Sentencing Hearing.

2. Defendant Shedleski is seventy (70) years old. Dr. Reynold L. Rimoldi with the Nevada Orthopedic & Spine Center performed a spinal fusion at Centennial Hospital on July

15, 2022.  The doctor recommends that Ms. Shedleski participate in physical rehabilitation to assist with her recovery.  As of the filing of the Stipulation, Ms. Shedleski has physical therapy appointments scheduled as such:  October 9, 2022 through December 15, 2022.

3. Undersigned counsel requests the additional time to allow Ms. Shedleski to recover from the surgery.

4. The defendant is not in custody and agrees with the need for the continuance.

5. The parties agree to the continuance.

This is the first request for a continuance of the sentencing hearing.

DATED this 18th day of October, 2022.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| By /s/ LaRonda Martin<br>LARONDA MARTIN<br>Assistant Federal Public Defender | By /s/ Mina Chang<br>MINA CHANG<br>Assistant United States Attorney |

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:22-CR-0092-JCM-EJY |
| Plaintiff, | **ORDER** |
| v. | |
| NANCY KAY SHEDLESKI, | |
| Defendant. | |

IT IS THEREFORE ORDERED that the sentencing hearing currently scheduled for Friday, October 28, 2022 at 10:00 a.m., be vacated and continued to **January 27, 2023, at 10:00 a.m.**

DATED October 19, 2022.

_____
UNITED STATES DISTRICT JUDGE

3