RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
LARONDA MARTIN
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
LaRonda_Martin@fd.org

Attorney for Nancy Kay Shedleski

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>NANCY KAY SHEDLESKI,<br><br>　　　　Defendant. | Case No. 2:22-cr-00092-JCM-EJY<br><br>**STIPULATION TO CONTINUE SENTENCING HEARING**<br>(Second Request) |

　　　IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Mina Chang, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and LaRonda Martin, Assistant Federal Public Defender, counsel for Nancy Kay Shedleski, that the Sentencing Hearing currently scheduled on January 27, 2023, be vacated and continued to a date and time convenient to the Court, but no sooner than sixty (60) days.

　　　This Stipulation is entered into for the following reasons:

　　　1.　　Defense counsel needs additional time to prepare mitigation in support of the Sentencing Hearing.

　　　2.　　Defendant Shedleski will be seventy-one (71) years old on January 28, 2023. In December 2022, Desert Radiology re-examined the "lung mass" in Ms. Shedleski lungs.

Comparisons were made to images from July 2020 and May 2022. Finally, on January 4, 2023, a lung biopsy was conducted to determine whether the mass was cancerous. On January 6, 2023, Dr. Yumiaco and Dr. Golden rendered the diagnosis of the mass as adenocarcinoma.

3. Ms. Shedleski advised counsel that efforts are being conducted to schedule her for mass removal through surgery with follow-up treatment.

4. Undersigned counsel requests the additional time to allow Ms. Shedleski obtain the necessary surgery and treatment before serving her incarcerated period in the Bureau of Prisons.

5. The defendant is not in custody and agrees with the need for the continuance.

6. The parties agree to the continuance.

This is the second request for a continuance of the sentencing hearing.

DATED this 12th day of January, 2023.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| By */s/ LaRonda Martin*<br>LARONDA MARTIN<br>Assistant Federal Public Defender | By */s/ Mina Chang*<br>MINA CHANG<br>Assistant United States Attorney |

2

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>NANCY KAY SHEDLESKI,<br><br>Defendant. | Case No. 2:22-cr-00092-JCM-EJY<br><br>**ORDER** |

IT IS THEREFORE ORDERED that the sentencing hearing currently scheduled for Friday, January 27, 2023 at 10:00 a.m., be vacated and continued to **March 29, 2023, at 10:00 a.m**.; or to a time and date convenient to the court.

DATED January 13, 2023.

_____
UNITED STATES DISTRICT JUDGE