UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| UNITED STATES OF AMERICA, | Case No. 2:22-CR-92 JCM (EJY) |
|---|---|
| Plaintiff(s), | ORDER |
| v. | |
| NANCY KAY SHEDLESKI, | |
| Defendant(s). | |

Presently before the court is defendant Nancy Kay Shedleski ("defendant")'s motion for leave to file her sentencing memorandum under seal. (ECF No. 43).

Defendant seeks leave to seal her sentencing memorandum because it provides medical information regarding her mental and physical health diagnoses and treatment plans. (*Id.* at 2). Specifically, defendant argues that disclosure of the facts and nature of the information in these records are protected by the Health Insurance Portability and Accountability Act. (*Id.*).

The court finds that good cause exists, as unsealing the sentencing memorandum would cause defendant harm. *See Demaree v. Pederson*, 887 F.3d 870, 884 (9th Cir. 2018); *Kamakana v. City and Cnty. of Honolulu*, 447 F.3d 1172, 1179 (9th Cir. 2006).

. . .

. . .

. . .

. . .

**James C. Mahan**
**U.S. District Judge**

Pursuant to Local Rule 10-5 and Federal Rule of Criminal Procedure 49.1(d), this court grants defendant's motion.

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that defendant Nancy Shedleski's motion for leave to file her sentencing memorandum under seal (ECF No. 43) be, and the same hereby is, GRANTED.

The clerk is instructed to maintain defendant's sentencing memorandum under seal.

Presently before the court is defendant Nancy Kay Shedleski ("defendant")'s motion for leave to file her sentencing memorandum under seal. (ECF No. 43).

Defendant seeks leave to seal her sentencing memorandum because it provides medical information regarding her mental and physical health diagnoses and treatment plans. (*Id.* at 2). Specifically, defendant argues that disclosure of the facts and nature of the information in these records are protected by the Health Insurance Portability and Accountability Act. (*Id.*).

The court finds that good cause exists, as unsealing the sentencing memorandum would cause defendant harm. *See Demaree v. Pederson*, 887 F.3d 870, 884 (9th Cir. 2018); *Kamakana v. City and Cnty. of Honolulu*, 447 F.3d 1172, 1179 (9th Cir. 2006).

Pursuant to Local Rule 10-5 and Federal Rule of Criminal Procedure 49.1(d), this court grants defendant's motion.

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that defendant Nancy Shedleski's motion for leave to file her sentencing memorandum under seal (ECF No. 43) be, and the same hereby is, GRANTED.

. . .

**James C. Mahan**
**U.S. District Judge**

The clerk is instructed to maintain defendant's sentencing memorandum under seal.

DATED January 11, 2024.

_____
UNITED STATES DISTRICT JUDGE